THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE STENSON, Appellant. [715 NYS2d 195] —Judgment unanimously affirmed. Memorandum: We reject the contention that Supreme Court erred in permitting the prosecutor to cross-examine defendant with respect to a conviction of criminal mischief in the fourth degree in 1992 and an unspecified mis-

demeanor in 1994. Those convictions bear directly on the credibility of defendant and reveal his willingness to place his interests above those of society (*see, People v Quesnel,* 238 AD2d 725, 727, *lv denied* 90 NY2d 896; *People v Boyd,* 150 AD2d 786, 787). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Wisner, Kehoe and Balio, JJ.